## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:08CR318 |
| | ) | |
| SHAWNTEL SCAIFE and | ) | ORDER |
| DERMAINE DAVIS, | ) | |
| | ) | |
| Defendants. | ) | |

For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial (Doc. 86) filed by defendant, Shawntel Scaife, is granted as follows:

1.   The jury trial now set for Tuesday, December 16, 2008 is continued to Tuesday, **January 6, 2009** as to all defendants.

2.   In accordance with 18 U.S.C. § 3161(h)(8)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **December 16, 2008 and January 6, 2009**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act due to counsel's scheduling conflicts because counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel and the novelty and complexity of this case.  The failure to grant additional time might result in a miscarriage of justice.   18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

**DATED November 21, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**